*Hughes, Assistant Attorney General Willebrandt,* and *Mr. Millar E. McGilchrist* for the United States. *Mr. Graham Sumner* for respondents.

No. 179. UNITED STATES FIDELITY & GUARANTY CO. *v.* GUENTHER. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. C. M. Horn* for petitioner. *Messrs. James G. Bachman* and *Wm. M. Byrnes* for respondent.

No. 188. DAVIS *v.* PRESTON. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Texas granted. *Messrs. W. L. Cook* and *Sidney F. Andrews* for petitioner. *Mr. Robert L. Cole* for respondent.

No. 198. ALUMINUM CASTINGS CO. *v.* ROUTZAHN. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John T. Scott* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *Millar E. McGilchrist* for respondent.

No. 212. NEW YORK CENTRAL R. CO. *v.* MARCONE. October 21, 1929. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey granted. *Mr. Albert C. Wall* for petitioner. No appearance for respondent.

No. 226. EARLY *v.* FEDERAL RESERVE BANK OF RICHMOND. October 21, 1929. Petition for writ of certiorari